STATE OF NEW YORK
SUPREME COURT: COUNTY OF ULSTER

MARY RANGES,

                            Plaintiff(s),

-against-

HERZOG CONTRACTING CORP. and CSX
TRANSPORTATION, INC.,

                            Defendant(s).

Index No.
Date Purchased:

Plaintiff(s) designates
Ulster County as the place of trial

Basis of the venue is residence of plaintiff

**SUMMONS**

Plaintiff(s) reside at
67 German Street
Kingston, NY 12401

    **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in the case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded herein.

Dated:   December 1, 2020
            Kingston, New York

                                        MAUREEN A. KEEGAN
                                        BASCH & KEEGAN, LLP
                                        Attorneys for Plaintiff(s)
                                        Office and P.O. Address
                                        307 Clinton Avenue
                                        P.O. Box 4235
                                        Kingston, New York 12402
                                        Tel: (845) 338-8884

Defendant's address:
600 S. Riverside Road, St. Joseph, Missouri 64502-1089
500 Water Street C160, Jacksonville, Florida 32202

STATE OF NEW YORK
SUPREME COURT: COUNTY OF ULSTER

MARY RANGES,

                              Plaintiff,

-against-

HERZOG CONTRACTING CORP. and CSX TRANSPORTATION, INC.,

                              Defendant.

## COMPLAINT

Index No. 20-

    Plaintiff, Mary Ranges, as and for her complaint, complaining of the Defendant,, Herzog Contracting Corp., does hereby respectfully allege and show to the Court the following:

    FIRST:   That at all times hereinafter alleged, the Plaintiff, Mary Ranges, resided at Kingston, Ulster County, New York.

    SECOND:   That at all times hereinafter alleged, the defendant, Herzog Contracting Corp., was and still is a foreign corporation duly organized and existing by virtue of the laws of a state other than New York, with an office for the principal place of business located at 600 S. Riverside Road, St. Joseph, Missouri 64502-1089.

    THIRD: That at all times hereinafter alleged, the defendant, CSX Transportation, Inc., was and still is a foreign corporation duly organized and existing by virtue of the laws of a state other than New York, with an office for the principal place of business located at 500 Water Street C160, Jacksonville, Florida 32202.

    FOURTH:   That heretofore and on or about July 30, 2019, a Tuesday, at about 12:42 p.m., Abeel Street in the City of Kingston, County of Ulster, State of New York, at its intersection with Bernard Street, was and still is a public thoroughfare.

    FIFTH:   That at the aforesaid time and place, the plaintiff, Mary Ranges, was operating a certain 2013 Acura sedan bearing New York State registration plate number HLE6394 for the then current period of registration.

SIXTH: That at the aforesaid time and place, the defendant, Herzog Contracting Corp., owned the train that was traveling over the bridge above Abeel Street and Bernard Street, in the County of Ulster, State of New York.

SEVENTH: That at the aforesaid time and place, the defendant, Herzog Contracting Corp., controlled the train that was traveling over the bridge above Abeel Street and Bernard Street, in the County of Ulster, State of New York.

EIGHTH: That at the aforesaid time and place, the defendant, Herzog Contracting Corp., maintained the train that was traveling over the bridge above Abeel Street and Bernard Street, in the County of Ulster, State of New York.

NINTH: That at the aforesaid time and place, the defendant, CSX Transportation, Inc., owned the train that was traveling over the bridge above Abeel Street and Bernard Street, in the County of Ulster, State of New York.

TENTH: That at the aforesaid time and place, the defendant, CSX Transportation, Inc., controlled the train that was traveling over the bridge above Abeel Street and Bernard Street, in the County of Ulster, State of New York.

ELEVENTH: That at the aforesaid time and place, the defendant, CSX Transportation, Inc., maintained the train that was traveling over the bridge above Abeel Street and Bernard Street, in the County of Ulster, State of New York.

TWELFTH: That at the aforesaid time and place, the defendant, CSX Transportation, Inc., controlled the train that was traveling over the bridge above Abeel Street and Bernard Street, in the County of Ulster, State of New York.

THIRTEENTH: That at the aforesaid time and place, the defendant, CSX Transportation, Inc., maintained the train that was traveling over the bridge above Abeel Street and Bernard Street, in the County of Ulster, State of New York.

FOURTEENTH: That at all times hereinafter alleged, and specifically on July 20, 2019, the defendants Herzog Contracting Corp. and CSX Transportation, Inc. owed the plaintiff and the public and other users of the road a duty of care to operate their trains in a reasonably safe manner.

FIFTEENTH: That at the aforesaid time and place, defendants, Herzog Contracting Corp. and CSX Transportation, Inc. negligently allowed debris to fall out of its cars and onto drivers below.

SIXTEENTH: That at all times hereinafter alleged, and specifically on July 30, 2019, the defendants, Herzog Contracting Corp. and CSX Transportation, Inc., breached their duty of care by failing to operate their trains in a reasonably safe manner and by causing the plaintiff to injured.

SEVENTEENTH: That the injuries suffered by the Plaintiff, Mary Ranges, exceeds the jurisdictional limits of this or any other Court.

WHEREFORE, plaintiff demands judgment against the defendants in an amount that exceeds the jurisdictional limits of this or any other Court, and in addition thereto the plaintiff requests exemplary and punitive damages against the defendants, as well as the defendants, Herzog Contracting Corp. and CSX Transportation, Inc., for the conduct aforesaid in the complaint in order to deter such conduct in the future; together with the costs and disbursements of this action, reasonable attorney's fees or as the law shall provide at the time of rendition of the verdict.

Dated: December 1, 2020
Kingston, New York

Yours, etc.,

MAUREEN A. KEEGAN
BASCH & KEEGAN, LLP
Attorney for Plaintiffs
Office and P.O. Address
307 Clinton Avenue
P.O. Box 4235
Kingston, New York 12402
Tel: (845) 338-8884



# Service of Process Transmittal

02/08/2021
CT Log Number 539020467

| | |
|---|---|
| **TO:** | Csx Legal Papers<br>Csx Corporation<br>500 WATER ST # J150<br>JACKSONVILLE, FL 32202-4423 |
| **RE:** | **Process Served in New York** |
| **FOR:** | CSX Transportation, Inc.  (Domestic State: VA) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | MARY RANGES, Pltf. vs. HERZOG CONTRACTING CORP. and CSX TRANSPORTATION, INC., Dfts. |
| **DOCUMENT(S) SERVED:** | Notice(s), Summons, Complaint |
| **COURT/AGENCY:** | Ulster County: Supreme Court, NY<br>Case # EF20203058 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - 07/30/2019 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, New York, NY |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 02/08/2021 postmarked: "Illegible" |
| **JURISDICTION SERVED :** | New York |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | MAUREEN A. KEEGAN<br>BASCH & KEEGAN, LLP<br>307 Clinton Avenue<br>P.O. Box 4235<br>Kingston, NY 12402<br>845-338-8884 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/09/2021, Expected Purge Date: 02/14/2021<br><br>Image SOP<br><br>Email Notification,  Csx Legal Papers  legalpapersintake@csx.com<br><br>Email Notification,  Cathy Hilf  cathy_hilf@csx.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>28 Liberty Street<br>New York, NY 10005<br>866-401-8252<br>EastTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

Page 1 of  2 / AP