UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
MARY RANGES,

                        Plaintiff,

   -against-

HERZOG CONTRACTING CORP. and CSX
TRANSPORTATION, INC.,

                       Defendants.
---------------------------------------------------------------------X

Case No.   1:21-cv-0260

**STIPULATION TO REMAND**

Counsel for the parties to this action stipulate as follows:

1. On December 1, 2020, Plaintiff Mary Ranges commenced this action in Ulster Supreme Court under index number 3058/2020.

2. On March 5, 2021, Defendants filed a notice of removal of the state action to the United States District Court of the Northern District of New York.

3. Thereafter, the parties agreed that, although the matter was properly removed to the Northern District, the matter would be remanded to Ulster Supreme Court.

**WHEREFORE, IT IS HEREBY STIPULATED AND AGREED** that the action be remanded to the Supreme Court of the State of New York, County of Ulster; and

**IT IS FURTHER STIPULATED AND AGREED** that damages in the state action are limited to $75,000.

Dated: Hawthorne, New York
March 11, 2021

**BASCH & KEEGAN LLP**
*Attorneys for Plaintiff*
*Mary Ranges*

By: _____
Maureen A. Keegan
307 Clinton Avenue
PO Box 4235
Kingston, New York 12402
(845) 251-4545

**TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP**
*Attorneys for Defendants*
*Herzog Contracting Corp.*
*and CSX Transportation, Inc.*

By: ___*Lisa M. Rolle*___
Lisa M. Rolle
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532
(914) 347-2600

IT IS SO ORDERED:

_____
Lawrence E. Kahn
Senior U.S. District Judge

Dated: ___April 05, 2021___